UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

ISRAEL MARCOLINO SCHAFFNER, an Individual,

          Plaintiff,

vs.

DIAMOND RESORTS HOLDINGS, LLC, a Nevada limited liability company; DIAMOND RESORTS INTERNATIONAL INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION, L.L.C., a Delaware limited liability company; DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a California corporation; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a Florida corporation; DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation; DIAMOND RESORTS DEVELOPER & SALES HOLDINGS COMPANY, a Delaware company; DIAMOND RESORTS FINANCIAL SERVICES, INC., a California corporation; and DOES 1 through 100, Inclusive, (collectively, "Apollo"); MICHAEL FLASKEY; KENNETH SIEGEL; VITOR MENNA BARRETO a Diamond Resorts International, Inc. Shareholder,

          Defendants.

------------------------------------- x

Civil Action No. 19-cv-005298

## NOTICE OF MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Complaint in this action, the accompanying memorandum of law, and all prior pleadings and proceedings, defendants Diamond Resorts Holdings, LLC, Diamond Resorts International, Inc., Diamond Resorts U.S. Collection Development, LLC[1], Diamond Resorts International Marketing, Inc., Diamond Resorts International Club, Inc., Diamond Resorts Management, Inc., Diamond Resorts Developer & Sales Holdings Company; Diamond Resorts Financial Services, Inc., Michael Flaskey and Kenneth

---

[1] Incorrectly named "Diamond Resorts U.S. Collection, L.L.C." in the caption.

Siegel (collectively, "Diamond") will move this Court, before the Honorable Ann M, Donnelly U.S.D.J., at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201 for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's Amended Complaint in its entirety and with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: September 24, 2019

                                              Respectfully submitted,

                                              BALLARD SPAHR LLP

By:   *s/ Gerard Belfort*
            Gerard Belfort
            1675 Broadway, 19th Floor
            New York, NY 10019
            Tel.: (212) 223-0200
            Fax: (212) 223-1942
            Email: belfortg@ballardspahr.com

*Attorney for Diamond*