UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISRAEL MARCOLINO SCHAFFNER,                                                    JUDGMENT

                                                                                                                                                19-CV-5298 (AMD) (RML)

                Plaintiff,
   v.

DIAMOND RESORTS HOLDINGS, LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on November 16, 2021, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated October 19, 2021, denying the motion for default judgment; it is

        ORDERED and ADJUDGED that the motion for default judgment is denied; and that this case is closed.

Dated: Brooklyn, New York                                       Douglas C. Palmer
        November 16, 2021                                      Clerk of Court

                                                                       By:    */s/Jalitza Poveda*
                                                                               Deputy Clerk